IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL LINGO : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 10-7032 |
| HARRAH'S ENTERTAINMENT, INC., : | |
| ET AL. : | |

## ORDER

**AND NOW**, this ___1st___ day of ___July___, 2011, upon consideration of Defendants' Motion to Dismiss (ECF No. 4), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. The Motion is **DENIED** to the extent that it seeks dismissal for lack of personal jurisdiction or improper venue;

2. The Motion is **GRANTED** to the extent that it seeks transfer of this matter to the United States District Court for the District of Nevada. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the District of Nevada.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**